**Dated: April 23, 2024**
**The following is ORDERED:**

_____
**Jennie D. Latta**
**UNITED STATES BANKRUPTCY JUDGE**

_____

```
                                                                   IT535
                     UNITED STATES BANKRUPTCY COURT
                      WESTERN DISTRICT OF TENNESSEE

In re:                                              Chapter 13
KAYLA LASHAY DAVIS
Debtor(s)                                           Case No. 23-22179-L
SSN(1) XXX-XX-7211
```

---

ORDER DIRECTING EMPLOYER TO MAKE DEDUCTIONS FROM EMPLOYEE'S
WAGES AND SEND DEDUCTIONS TO CHAPTER 13 TRUSTEE

---

In this cause, a Chapter 13 plan having been filed by the above-named debtor(s) as a result of which all future earnings of the debtor(s) are under the exclusive jurisdiction of this Court; and the debtor(s) petition having stated that the debtor(s)' employer is AMAZON;

IT IS THEREFORE ORDERED, that the debtor(s)' employer deduct immediately from the debtor(s)' next paycheck the sum of $98.00 WEEKLY from the debtor(s)' salary and forward the amount deducted to the Office of Sylvia Ford Brown, at P.O. Box 1924, Memphis, TN 38101-1924 - until further order of this Court.

IT IS FURTHER ORDERED, that the EMPLOYER SHALL CEASE ALL FUTURE DEDUCTIONS FOR GARNISHMENT, LOANS OR CREDIT UNIONS unless specifically authorized by this Court or until this order is withdrawn. However, deductions for child support, mandatory pension, mandatory qualified retirement plans, mandatory thrift savings plans, or other mandatory retirement contributions, if any, and mandatory deductions for repayment of loans from such plans may continue.

IT IS FURTHER ORDERED, that if the debtor(s)' employment is terminated, the Trustee be so advised. Any correspondence, other than payments, shall be sent to 200 Jefferson Avenue, Ste. 1113, Memphis, TN 38103.

/s/ Sylvia Ford Brown
Chapter 13 Trustee

```
CC:     Sylvia Ford Brown
MM
        AMAZON
        PO BOX 80726
        ATTN: PAYROLL
        SEATTLE, WA  98108

        KAYLA LASHAY DAVIS
        3846 MILLBRANCH ROAD APT 3
        MEMPHIS, TN  38116

        COHEN AND FILA ATTYS
```